# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 22-03672 |
| Gamal Naguib<br>Analida Naguib, | Chapter 7 |
| Debtors. | Honorable Janet S. Baer |

## ORDER TOLLING THE STATUTE OF LIMITATIONS IMPOSED BY SECTION 546(a)(1)(A) OF THE BANKRUPTCY CODE

THIS MATTER COMING before the Court on the motion (the "Motion") of Frank Kokoszka (the "Trustee") to toll the statute of limitations imposed by section 546(a)(1)(A) of the Bankruptcy Code, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

(1) The Motion is granted in part as set forth herein.

(2) The statute of limitations imposed by section 546(a)(1)(A) is tolled, and the Trustee is authorized to commence any action or proceeding under section 544, 545, 547, 548, or 553 until May 29, 2024, without prejudice to further tolling of the statute of limitations.

(3) The Debtors may file a response to the Motion by April 19, 2024; the Trustee may file a reply to that response by April 26, 2024; the Motion is continued for ruling on May 3, 2024.

DATED: March 29, 2024

ENTER:

_Janet S. Baer_ SW
Honorable Janet S. Baer
United States Bankruptcy Judge